UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No.1:07-cv-02264 |
| ) | |
| MICHAEL O. LEAVITT, Secretary,  ) | |
| U.S. Department of Health  ) | |
| and Human Services,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 45-day enlargement of time, up to and including May 12, 2008, to answer or otherwise respond to Plaintiff's Complaint.  Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on March 14, 2008, regarding the instant motion.  Plaintiff, through counsel, has graciously consented to the extension.  In support of the instant motion, the Secretary states as follows:

1.  Plaintiff instituted this action with the filing of its Complaint on December 18, 2007, and the current deadline for the Secretary's response to Plaintiff's Complaint is March 28, 2008. *See* Fed. R. Civ. P. 12(a)(3).

2.  Herein, Plaintiff challenges a decision by the Provider Reimbursement Review Board to deny it certain Medicare reimbursement.  The Medicare payment issues and legal issues in this action are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

3. The Office of the Attorney Advisor (the "OAA"), the entity responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes, has an extremely heavy workload. The OAA only recently provided the Secretary's counsel with the administrative record for this action.

4. The Secretary's counsel will now need to review the administrative record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint. In order to allow sufficient time for all of the above, the Secretary respectfully requests an enlargement of time of 45 days, up to and including May 12, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

5. This request is made in good faith and not for purposes of delay.

6. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

7. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Bar No. 4202982
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0372
Facsimile: (202) 514-8780


      /s/
BRETT BIERER
Attorney
U.S. Department of Health and
    Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1473

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br>    U.S. Department of Health ) <br>    and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Case No.1:07-cv-02264 |

### **ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including May 12, 2008, to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel