UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, U.S.<br>Department of Health and Human Services<br><br>    Defendant. | Civil Action No. 1:07-cv-02264 (GK) |

**JOINT REPORT RESPONDING TO ORDER
OF MAY 13, 2008**

Pursuant to this Court's Order of May 13, 2008, Lester E. Cox Medical Centers and Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services (collectively, the "Parties") submit this Joint Report to the Court.

**Brief Statement of the Case**

This is an action for judicial review of a decision by the Provider Reimbursement Review Board dismissing Lester E. Cox Medical Center's appeal claiming additional Medicare reimbursement.

**Local Rule 16.3(c) Matters Discussed by the Parties**

Although this action is exempt from Local Rule 16.3 (see L.R. 16.3(b)(1)), the Parties discussed the matters itemized therein. The enumeration below corresponds to the paragraph numbers in L.R. 16.3(c):

1.     There are no pending dispositive motions at this time.  The Parties intend to file dispositive motions.

2.     The Parties do not believe that other parties will be joined.

3.     The Parties agree that the case should <u>not</u> be assigned to a Magistrate Judge for all purposes, including trial.

4.     The Parties intend to incorporate sufficient time in the proposed briefing schedule to accommodate any settlement discussions.

5.     The Parties do not believe that mediation is necessary or that it would be productive.  The Parties have built in sufficient time to the proposed briefing schedule to allow them to engage in direct settlement negotiations.

6.     No summary judgment motions have been filed.  The Parties believe that cross-motions for summary judgment would be the most appropriate way to resolve the remaining issues in the case.  However, currently pending before the U.S. Court of Appeals for the D.C. Circuit is <u>Adena Regional Medical Center v. Leavitt</u> (No. 07-5273), which is ripe for decision by the Court of Appeals.  A decision in that case would likely impact the underlying merits in this appeal, and potentially render this case moot, because the issue in <u>Adena</u> and the underlying merits issue in this case are essentially identical—whether the Medicaid proxy for the Medicare DSH calculation includes patients who are not eligible for Medicaid.  If the Court of Appeals rules in the government's favor in <u>Adena,</u> there would likely be no need for further proceedings in this case.  Therefore, Defendant recommends that this Court stay proceedings in this matter, including entry of any briefing schedule, until after a decision issues in the <u>Adena</u> case.  A proposed order consistent with that recommendation is attached.  Plaintiff opposes any stay and seeks to proceed to a briefing schedule.  If the Court denies

Defendant's request for a stay of the proceedings, the Parties agree to the following briefing schedule:

- Plaintiff's Motion due November 15, 2008
- Defendant's Response and Motion due January 15, 2009
- Plaintiff's Response due March 15, 2009
- Defendant's Reply due May 15, 2009

7. Not applicable.  See L.R. 16.3(b).

8. The Plaintiff has indicated an intention to engage in discovery.  Defendant does not believe that discovery is appropriate in this record review case, and will likely oppose any attempt by Plaintiff to engage in discovery.

9. The Parties agree that expert witnesses will not be needed in this matter.

10. Not applicable.  This is not a class action.

11. The Parties do not anticipate a trial, bifurcated or otherwise, as this is a record review appeal.

12. The Parties will notify the Court as to the progress of any settlement discussions.

13. The Parties take no position on the need for argument, but stand ready to appear if the Court believes argument would assist it in deciding this case.

14. All matters which the Parties believe should be included in the scheduling order are set forth above.

Dated: May 29, 2008                              By:

/s/ Jeffrey Taylor                               /s/ Alan J. Sedley
JEFFREY TAYLOR                                   ALAN J. SEDLEY
United States Attorney                           Law Offices of Alan J. Sedley
D.C. Bar No. 498610                              Bar No.: OH0017
                                                 21550 Oxnard Street, Suite 880
/s/ Christopher B. Harwood                       Woodland Hills, CA 91367
CHRISTOPHER B. HARWOOD                           (818) 716-6800
Assistant U.S. Attorney                          (818) 716-5001 (facsimile)
N.Y. Reg. No. 4202982
555 Fourth Street, N.W.                          Counsel for Plaintiff
Washington, D.C. 20530
(202) 307-0372
(202) 514-8780 (fax)

/s/ Brett Bierer
BRETT BIERER
U.S. Department of Health and Human
Services
Office of the General Counsel
Centers for Medicare & Medicaid Services
Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1473
(410) 786-5187 (fax)

Counsel for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LESTER E. COX MEDICAL CENTERS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1: 07-cv-02264 (GK) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, Secretary, U.S. ) | |
| Department of Health and Human Services ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered the Joint Report Responding to Order of May 13, 2008, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED that all further proceedings in this case are stayed, and no briefing schedule shall proceed, until further order of this Court; and it is

FURTHER ORDERED that within 14 days of the date a decision has issued from the Court of Appeals in <u>Adena Regional Medical Center v. Leavitt</u> (No. 07-5273), the parties shall inform this Court that a decision has issued and shall file a proposed schedule for further proceedings in this case.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel