UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                               )
**LESTER E. COX MEDICAL CENTERS,**  )
                               )
    **Plaintiff,**               )
  v.                          )   **Civil Action No.**
                               )   **07-2264 (GK)**
**MICHAEL O. LEAVITT,**             )
                               )
    **Defendant.**              )
_____)

### **O R D E R**

On June 2, 2008, an Initial Scheduling Conference was held in the above-captioned matter. Upon consideration of the representations made by the parties at that scheduling conference, the Joint Report filed by the parties on May 29, 2008, and the entire record herein, it is hereby

**ORDERED** that, no later than **July 1, 2008,** the parties shall file a praecipe informing the Court about how they wish to proceed in light of the Court of Appeals' recent opinion in the related case, <u>Adena Regional Medical Center v. Leavitt</u>, 05-2422; and it is further

**ORDERED** that should the parties wish to proceed, they include with the above-referenced praecipe a proposed scheduling order for briefing.

                                                  /s/_____
June 2, 2008                           Gladys Kessler
                                                  U.S. District Judge

**Copies to: attorneys on record via ECF**