UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health and Human Services, ) <br> ) <br> Defendant. ) | Civ. Action No. 07-2264 (GK) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record, which contains two volumes, exceeds 500 pages and thus, in accordance with the Court's ECF rules, has been filed and served in hard copy only.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the foregoing Defendant's Notice of Filing of Administrative Record, with the attached Administrative Record, has been sent by Federal Express, this 12th day of June, 2008, addressed to:

Alan Jay Sedly
21550 Oxnard Street
Suite 880
Woodland Hills, CA 91367
(818) 716-6800

/s/
Christopher B. Harwood