UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>Health and Human Services, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | Case Number: 1:07-cv-02264 (GK) |

## PRAECIPE

Plaintiff in the above matter has learned that there will be requests for panel rehearing and rehearing *en banc* in the related case of *Adena Regional Medical Center, et al. v. Michael O. Leavitt*, United States Court of Appeals for the District of Columbia Circuit, No. 07-5273.

Plaintiff has communicated that information to counsel for Defendant.

**THEREFORE,** because the decision on those requests will impact this litigation, the parties are requesting that the Court issue the attached Order staying the instant matter until a final decision has issued on those requests.

Respectfully submitted,

/s/ Alan J. Sedley
ALAN J. SEDLEY
LAW OFFICES OF ALAN J. SEDLEY
Bar No. OH0017
21550 Oxnard Street, Suite 880
Woodland Hills, CA 91367
(818) 716-6800

Counsel for Plaintiff


 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

 /s/ Christopher B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
New York Registration No. 4202982
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0372
(202) 514-8780 (fax)

 /s/ Brett Bierer
BRETT BIERER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1473
(410) 786-5187 (fax)

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS )<br>1423 NORTH JEFFERSON )<br>SPRINGFIELD, MO 65802 )<br>                                             )<br>           Plaintiff,                    )<br>                                             )     CIVIL ACTION NO. 07-2264 (GK)<br>     v.                                   )<br>                                             )<br>MICHAEL O. LEAVITT, SECRETARY, )<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES,         )<br>                                             )<br>           Defendant.                 )<br>_____ ) | |

**ORDER**

**HAVING CONSIDERED** the Praecipe filed by the parties on July 1, 2008, and the entire record herein, it is hereby:

**ORDERED** that all further proceedings in this case are stayed, and no briefing schedule shall proceed, until further Order of this Court, and it is:

**FURTHER ORDERED THAT** within 21 days of the date that a decision issues on the motions for panel rehearing and rehearing en banc in *Adena Regional Medical Center et al. v. Michael O. Leavit, D.C. Cir. No. 07-5273*, the parties shall inform this Court that a final decision has issued and shall file a proposed schedule for further proceedings in this case.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF counsel