UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>Health and Human Services, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case Number: 1:07-cv-02264 (GK) |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

On July 2, 2008, this Court entered a Minute Order staying this case and requiring the parties to: (1) notify this Court within 21 days of a decision on the motions for panel rehearing and rehearing *en banc* in *Adena Regional Medical Center v. Leavitt*, D.C. Cir. No. 07-5273; and (2) file a proposed schedule for further proceedings in this case within 21 days of such a decision. Pursuant to that Minute Order, the parties hereby advise this Court that the D.C. Circuit has denied the motions for panel rehearing and rehearing *en banc* in the *Adena* case. In addition, the parties respectfully submit the briefing schedule set forth below. Per Plaintiff's request, the briefing schedule delays opening briefing by approximately 60 days to allow Plaintiff to see whether the plaintiffs in the *Adena* case will seek further review in the United States Supreme Court.

1. Plaintiff shall file its Motion for Summary Judgment by November 5, 2008.

2. Defendant shall file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by January 14, 2009.

3. Plaintiff shall file its reply in support of its Motion for Summary Judgment by February 13, 2009.

4.     Defendant shall file his reply in support of his Motion for Summary Judgment by March 23, 2009.

WHEREFORE, the parties respectfully request that the Court adopt the above briefing schedule. A proposed order memorializing the above briefing schedule is attached hereto.

Respectfully submitted,

/s/ Alan J. Sedley
ALAN J. SEDLEY
LAW OFFICES OF ALAN J. SEDLEY
Bar No. OH0017
21550 Oxnard Street, Suite 880
Woodland Hills, CA 91367
(818) 716-6800

*Counsel for Plaintiff*

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR
United States Attorney

/s/ Christopher B. Harwood
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
New York Registration No. 4202982
555 Fourth Street, N.W.
Washington, DC 20530
(202) 307-0372
(202) 514-8780 (fax)

/s/ Brett Bierer
BRETT BIERER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1473
(410) 786-5187 (fax)

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER E. COX MEDICAL CENTERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>Health and Human Services, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case Number: 1:07-cv-02264 (GK) |

## ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, it is this _____ day of _____, 2008, hereby ORDERED:

1. Plaintiff shall file its Motion for Summary Judgment by November 5, 2008;

2. Defendant shall file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by January 14, 2009;

3. Plaintiff shall file its reply in support of its Motion for Summary Judgment by February 13, 2009; and

4. Defendant shall file his reply in support of his Motion for Summary Judgment by March 23, 2009.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel