UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LESTER E. COX MEDICAL CENTERS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 07-2264 (GK) |
| | : | |
| **MICHAEL O. LEAVITT,** | : | |
| Secretary of U.S. Department of | : | |
| Health and Human Services, | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule, it is this 1st day of September, 2008, hereby **ORDERED**:

1. Plaintiff shall file its Motion for Summary Judgment by **November 5, 2008**;

2. Defendant shall file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by **January 14, 2009**;

3. Plaintiff shall file its Reply in Support of its Motion for Summary Judgment by **February 13, 2009;** and

4. Defendant shall file his Reply in Support of his Motion for Summary Judgment by **March 23, 2009**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**